# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA,<br><br>        Plaintiff,<br><br>      v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>        Defendants. | Case No. 3:22-cv-00078-SLG |

## ORDER RE JOINT MOTION TO AMEND SCHEDULING ORDER

Before the Court at Docket 17 is the parties' *Joint Motion to Amend Scheduling Order*. Upon consideration of the motion, IT IS ORDERED that the motion is GRANTED. Existing deadlines are hereby VACATED. This matter shall proceed as follows:

1. The parties shall meet and confer regarding the completeness and adequacy of the agency record no later than September 22, 2022.

2. The parties shall file a proposed briefing schedule no later than October 6, 2022.

DATED this 31st day of August, 2022, at Anchorage, Alaska.

                                              */s/ Sharon L. Gleason*
                                              UNITED STATES DISTRICT JUDGE