# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>        Defendants. | Case No. 3:22-cv-00078-SLG |

## ORDER RE STIPULATED MOTION FOR BRIEFING SCHEDULE

The Parties having jointly moved the Court for an order setting a briefing schedule at Docket 21, and the Court having read and considered the motion;

IT IS HEREBY ORDERED that the Parties' *Stipulated Motion for Briefing Schedule* is GRANTED;

IT IS FURTHER ORDERED that:

1. Plaintiff shall file a motion to supplement the administrative record by November 17, 2022;

2. Defendants shall file a response to Plaintiff's motion to supplement the administrative record by December 15, 2022;

3. Plaintiff shall file a reply in support of its motion to supplement the administrative record by January 5, 2023;

4. Plaintiff shall file its opening summary judgment brief no later than 60 days after an order resolving the motion to supplement the administrative record;

5. Defendants shall file their brief in response to Plaintiff's summary judgment brief no later than 90 days after Plaintiff files its summary judgment brief; and

6. Plaintiff shall file its reply in support of its summary judgment brief no later than 45 days after Defendants file their response brief.

DATED this 20th day of October, 2022, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:22-cv-00078-SLG, *SOA v. U.S. Dept. of the Interior*
Order re Stipulated Motion for Briefing Schedule
Page 2 of 2

Case 3:22-cv-00078-SLG   Document 22   Filed 10/20/22   Page 2 of 2