**EXHIBIT 2**

Two thumb drives containing Exhibit 2 will be filed conventionally. Exhibit 2 consists of 20 U.S. Geological Survey 1:250,000 quadrangle maps in electronic (PDF) format, which the State of Alaska maintains should be included in the administrative record for this case.