# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, <br>     Plaintiff, <br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR, DEB HAALAND, in her official capacity as Secretary of the Department of the Interior, INTERIOR BOARD OF LAND APPEALS, STEVEN J. LECHNER, in his official capacity as Acting Chief Administrative Judge of the Interior Board of Land Appeals, BUREAU OF LAND MANAGEMENT, TRACY STONE-MANNING, in her official capacity as Director of the Bureau of Land Management, BUREAU OF LAND MANAGEMENT ALASKA STATE OFFICE, and THOMAS HEINLEIN, in his official capacity as Acting State Director of the Bureau of Land Management Alaska State Office, <br>     Defendants. | Case No. 3:22-cv-00078-SLG <br><br> **ORDER GRANTING PLAINTIFF'S MOTION TO SUPPLEMENT ADMINISTRATIVE RECORD** |

Before the Court is Plaintiff State of Alaska's Motion to supplement the administrative record in this case with the 1951 versions of the 1:250,000 quadrangle maps prepared by the United States Geological Survey for the following quadrangles (the "1951 Quadrangle Maps"):

- Flaxman Island 1951
- Barter Island 1951
- Mt. Michelson 1951
- Demarcation Point 1951
- Arctic 1951

- Table Mountain 1951

- Coleen 1951

It is ORDERED that the motion is GRANTED. The administrative record will be supplemented to include the 1951 Quadrangle Maps.

DATED this ___ day of _____, 2022, at Anchorage, Alaska.

_____
UNITED STATES DISTRICT JUDGE