| | |
|---|---|
| TREG R. TAYLOR<br>ATTORNEY GENERAL | Kathleen C. Schroder (*pro hac vice*)<br>Gail L. Wurtzler (*pro hac vice*)<br>Mark E. Champoux (*pro hac vice*)<br>Nicholas R. Peppler (*pro hac vice*) |
| Ronald W. Opsahl (Bar No. 2108081)<br>Assistant Attorney General<br>Department of Law<br>1031 W. 4th Avenue, Suite 200<br>Anchorage, AK 99501<br>Telephone: (907) 269-5232<br>Fax: (907) 276-3697<br>Email: ron.opsahl@alaska.gov | Davis Graham & Stubbs LLP<br>1550 Seventeenth St., Suite 500<br>Denver, CO 80202<br>Telephone: (303) 892-9400<br>Fax: (303) 893-1379<br>Email: katie.schroder@dgslaw.com<br>      gail.wurtzler@dgslaw.com<br>      mark.champoux@dgslaw.com<br>      nick.peppler@dgslaw.com |

Attorneys for the State of Alaska

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA,<br>      Plaintiff,<br>      v.<br>UNITED STATES DEPARTMENT OF THE INTERIOR, DEB HAALAND, in her official capacity as Secretary of the Department of the Interior, INTERIOR BOARD OF LAND APPEALS, STEVEN J. LECHNER, in his official capacity as Acting Chief Administrative Judge of the Interior Board of Land Appeals, BUREAU OF LAND MANAGEMENT, TRACY STONE-MANNING, in her official capacity as Director of the Bureau of Land Management, BUREAU OF LAND MANAGEMENT ALASKA STATE OFFICE, and THOMAS HEINLEIN, in his official capacity as Acting State Director of the Bureau of Land Management Alaska State Office,<br>      Defendants. | Case No. 3:22-cv-00078-SLG<br><br>**NOTICE OF CONVENTIONAL FILING** |

*Alaska v. U.S. Dep't of the Interior, et al.*, Case No. 3:22-cv-00078-SLG
NOTICE OF CONVENTIONAL FILING                                                     Page 1 of 4
Case 3:22-cv-00078-SLG    Document 24    Filed 11/17/22    Page 1 of 4

Please take notice that Plaintiff State of Alaska will conventionally file Exhibit 2 to Plaintiff's Motion to Supplement Administrative Record, which consists of 20 maps that are the subject of this Motion. This material has not been filed electronically using CM/ECF because the electronic file sizes of this material exceed 10 megabytes. In accordance with Local Civil Rule 7.3(c), Plaintiff will deliver two thumb drives with electronic copies of these maps to the clerk's office via FedEx overnight delivery. Plaintiff will also serve the conventionally filed material on all parties via FedEx overnight delivery.

DATED: November 17, 2022.

TREG R. TAYLOR
ATTORNEY GENERAL

By: /s/ Ronald W. Opsahl
Ronald W. Opsahl (Alaska Bar No. 2108081)
Assistant Attorney General
Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Telephone: (907) 269-5232
Facsimile: (907) 279-2834
Email: ron.opsahl@alaska.gov

*Alaska v. U.S. Dep't of the Interior, et al.*, Case No. 3:22-cv-00078-SLG
NOTICE OF CONVENTIONAL FILING    Page 2 of 4
Case 3:22-cv-00078-SLG   Document 24   Filed 11/17/22   Page 2 of 4

By: /s/ Kathleen C. Schroder
Kathleen C. Schroder (*pro hac vice*)
Gail L. Wurtzler (*pro hac vice*)
Mark E. Champoux (*pro hac vice*)
Nicholas R. Peppler (*pro hac vice*)
Davis Graham & Stubbs LLP
1550 Seventeenth St., Suite 500
Denver, CO 80202
Telephone: (303) 892-9400
Fax: (303) 893-1379
Email: katie.schroder@dgslaw.com
gail.wurtzler@dgslaw.com
mark.champoux@dgslaw.com
nick.peppler@dgslaw.com

Attorneys for the State of Alaska

*Alaska v. U.S. Dep't of the Interior, et al.*, Case No. 3:22-cv-00078-SLG
NOTICE OF CONVENTIONAL FILING                                            Page 3 of 4
Case 3:22-cv-00078-SLG   Document 24   Filed 11/17/22   Page 3 of 4

## CERTIFICATE OF SERVICE

I certify that on **November 17, 2022**, the foregoing documents were served electronically on all parties listed on the CM/ECF system.

*/s/ Kathleen C. Schroder*

*Alaska v. U.S. Dep't of the Interior, et al.*, Case No. 3:22-cv-00078-SLG
NOTICE OF CONVENTIONAL FILING                                    Page 4 of 4
Case 3:22-cv-00078-SLG   Document 24   Filed 11/17/22   Page 4 of 4