# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA,<br><br>      Plaintiff,<br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al*.<br><br>      Defendants. | Case No. 3:22-cv-00078-SLG |

## DEFENDANTS' NOTICE OF CONVENTIONAL FILING OF COPIES OF ADMINSTRATIVE RECORD MATERIALS

Defendants United States Department of the Interior, *et al*. by and through undersigned counsel, are conventionally filing Exhibit 1 to the parties' Joint Notice of Copies of Administrative Record Materials ("Joint Notice") pursuant to Local Civil Rule 7.1. The fourteen documents referenced in the parties' Joint Notice and contained in Exhibit 1 are too large to be filed through the Court's electronic filing system.

Defendants will be conventionally filing Exhibit 1 on electronic media by hand delivery to the Clerk's Office. Defendants will serve Plaintiff's counsel by express delivery.

DATED: November 17, 2022.

                Respectfully Submitted,

                TODD KIM
                Assistant Attorney General
                Environment and Natural Resources Division
                United States Department of Justice

*Alaska v. United States Dept. of the Interior*       Case No. 3:22-cv-00078-SLG
DEF.'S NOTICE OF CONVENTIONAL FILING             1

Case 3:22-cv-00078-SLG   Document 26   Filed 11/17/22   Page 1 of 2

                */s/ Michael K. Robertson*
                MICHAEL K. ROBERTSON
                THOMAS W. PORTS, JR.
                Trial Attorney
                Natural Resources Section
                P.O. Box 7611
                Washington, D.C. 20044
                Phone 202-353-1389 || Fax 202-305-0506
                michael.robertson@usdoj.gov
                thomas.ports.jr@usdoj.gov

                *Counsel for Defendants*

## CERTIFICATE OF SERVICE

    I hereby certify that on November 17, 2022, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

                */s/ Michael K. Robertson*
                MICHAEL K. ROBERTSON