TREG R. TAYLOR
ATTORNEY GENERAL

Ryan E. Farnsworth (Bar No. 2305047)
Assistant Attorney General
Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Telephone: (907) 269-5232
Fax: (907) 276-3697
Email:
*ryan.farnsworth@alaska.gov*
*ron.opsahl@alaska.gov*

Kathleen C. Schroder (pro hac vice) Gail L. Wurtzler (pro hac vice) Mark E. Champoux (pro hac vice) Nicholas R. Peppler (pro hac vice) Davis Graham & Stubbs LLP 1550 Seventeenth St., Suite 500 Denver, CO 80202
Telephone: (303) 892-9400
Fax: (303) 893-1379
Email:
*katie.schroder@dgslaw.com*
*gail.wurtzler@dgslaw.com*
*mark.champoux@dgslaw.com*
*nick.peppler@dgslaw.com*

Attorneys for the State of Alaska

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| STATE OF ALASKA, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF ) <br> THE INTERIOR, et al, ) <br> ) <br> Defendant(s). ) <br> ) | Case No. 3:22-cv-00078-SLG |

**ENTRY OF APPEARANCE**

Please take notice that Ryan E. Farnsworth for the State of Alaska, Department of Law, 1031 West Fourth Avenue, Ste. 200, Anchorage, AK 99501, telephone: (907) 269-5232, fax: (907) 276-3697; Email: *ryan.farnsworth@alaska.gov* hereby enters his

appearance as counsel of record in the above-captioned matter on behalf of the State of Alaska,.

Copies of all notices, motions, and pleadings should be sent to the address referenced above.

DATED December 20, 2023.

        TREG TAYLOR
        ATTORNEY GENERAL

By:   */s/ Ryan E. Farnsworth*
      Ryan E. Farnsworth
      Assistant Attorney General
      Alaska Bar No. 2305047

## CERTIFICATE OF SERVICE

I certify that on December 20, 2023, the foregoing document was served electronically on all parties listed on the CM/ECF system.

        */s/ Suzanne N. Walker*
        Law Office Assistant III