| | |
|---|---|
| TREG TAYLOR<br>ATTORNEY GENERAL | Kathleen C. Schroder (*pro hac vice*)<br>Gail L. Wurtzler (*pro hac vice*)<br>Mark E. Champoux (*pro hac vice*) |
| Ronald W. Opsahl (Bar No. 2108081)<br>Ryan E. Farnsworth (Bar No. 2305047)<br>Assistant Attorney General<br>Department of Law<br>1031 W. 4th Avenue, Suite 200<br>Anchorage, AK 99501<br>Telephone: (907) 269-5232<br>Facsimile: (907) 279-2834<br>Email: ron.opsahl@alaska.gov<br>    ryan.farnsworth@alaska.gov | Nicholas R. Peppler (*pro hac vice*)<br>Davis Graham & Stubbs LLP<br>1550 Seventeenth St., Suite 500<br>Denver, CO 80202<br>Telephone: (303) 892-9400<br>Fax: (303) 893-1379<br>Email: katie.schroder@dgslaw.com<br>    gail.wurtzler@dgslaw.com<br>    mark.champoux@dgslaw.com<br>    nick.peppler@dgslaw.com |

*Attorneys for the State of Alaska*

Michael K. Robertson
U.S. Department of Justice
Environmental and Natural Resources Section
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044
Phone 202-353-1389
Fax 202-305-0506
michael.robertson@usdoj.gov

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| STATE OF ALASKA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:22-cv-00078-SLG |
| | ) | |
| v. | ) | |
| | ) | **STATUS REPORT** |
| UNITED STATES DEPARTMENT OF<br>THE INTERIOR, *et al.*, | )<br>)<br>) | |
| | ) | |
| Defendants. | ) | |

*Alaska v. U.S. Dep't of the Interior, et al.*, Case No. 3:22-cv-00078-SLG
STATUS REPORT
Case 3:22-cv-00078-SLG   Document 31   Filed 04/09/24   Page 1 of 4
191088_0002-1562257811-288/0.10

As directed by the Court's Order Re Motion to Supplement Administrative Record (ECF No. 29), the parties submit this Status Report to notify the Court that, on April 2, 2024, the Interior Board of Land Appeals (IBLA) issued a decision on the matter the Court remanded to it. A copy of the decision on remand is attached as Exhibit 1.

After reviewing the IBLA decision on remand, the State of Alaska seeks to proceed with its administrative appeal in this Court. As directed by the Court's Order Re Motion to Supplement Administrative Record (ECF No. 29), the parties have agreed to the following deadlines for their merits briefs and other pleadings:

1. Plaintiff shall file an amended complaint by June 3, 2024;

2. Defendants shall file an answer or other responsive pleading to the amended complaint and supplement to the administrative record by August 1, 2024;

3. Plaintiff shall file its opening summary judgment brief by September 30, 2024;

4. Defendants shall file their brief in response to Plaintiff's summary judgment brief by December 13, 2024; and

5. Plaintiff shall file its reply in support of its summary judgment brief by January 27, 2025.

Contemporaneously with this Status Report, the parties are submitting a proposed scheduling order that sets out these deadlines for their merits briefing.

*Alaska v. U.S. Dep't of the Interior, et al.*, Case No. 3:22-cv-00078-SLG
STATUS REPORT
2
Case 3:22-cv-00078-SLG   Document 31   Filed 04/09/24   Page 2 of 4

DATED: April 9, 2024.

TREG TAYLOR
ATTORNEY GENERAL

By:   */s/      Ronald W. Opsahl*
Ronald W. Opsahl (Bar No. 2108081)
Ryan E. Farnsworth (Bar No. 2305047)
Assistant Attorney General
Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Telephone: (907) 269-5232
Facsimile: (907) 279-2834
Email:  ron.opsahl@alaska.gov
         ryan.farnsworth@alaska.gov

By:   */s/      Kathleeen C. Schroder*
Kathleen C. Schroder (*pro hac vice*)
Gail L. Wurtzler (*pro hac vice*)
Mark E. Champoux (*pro hac vice*)
Nicholas R. Peppler (*pro hac vice*)
Davis Graham & Stubbs LLP
1550 Seventeenth St., Suite 500
Denver, CO 80202
Telephone: (303) 892-9400
Fax: (303) 893-1379
Email: katie.schroder@dgslaw.com
        gail.wurtzler@dgslaw.com
        mark.champoux@dgslaw.com
        nick.peppler@dgslaw.com

*Attorneys for the State of Alaska*

*Alaska v. U.S. Dep't of the Interior, et al.*, Case No. 3:22-cv-00078-SLG
STATUS REPORT                                                                                      3
Case 3:22-cv-00078-SLG   Document 31   Filed 04/09/24   Page 3 of 4

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

*/s/ Michael K. Robertson*
Michael K. Robertson
Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044
Phone: 202-353-1389
Fax:202-305-0506
michael.robertson@usdoj.gov

*Counsel for Defendants*

Of Counsel:
Mike Gieryic
Office of the Regional Solicitor
U.S. Department of the Interior
4230 University Drive, Suite 300
Anchorage, AK 99508
Phone: 907-271-1420
Mike.gieryic@sol.doi.gov

# CERTIFICATE OF SERVICE

I certify that on **April 9, 2024**, the foregoing document was served electronically on all parties listed on the CM/ECF system.

*/s/ Kathleen C. Schroder*

*Alaska v. U.S. Dep't of the Interior, et al.*, Case No. 3:22-cv-00078-SLG
STATUS REPORT  4
Case 3:22-cv-00078-SLG   Document 31   Filed 04/09/24   Page 4 of 4