# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| STATE OF ALASKA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | Case No. 3:22-cv-00078-SLG |
| v. | ) ) ) | **PROPOSED SCHEDULING ORDER** |
| UNITED STATES DEPARTMENT OF THE INTERIOR, et al., | ) ) ) | |
| Defendants. | ) ) | |

The Parties having advised the Court that they have agreed to deadlines for merits briefing and other pleadings in this litigation at Docket 31;

IT IS HEREBY ORDERED that:

1. Plaintiff shall file an amended complaint by June 3, 2024;

2. Defendants shall file an answer or other responsive pleading to the amended complaint and supplement to the administrative record by August 1, 2024;

3. Plaintiff shall file its opening summary judgment brief by September 30, 2024;

4. Defendants shall file their brief in response to Plaintiff's summary judgment brief by December 13, 2024; and

5. Plaintiff shall file its reply in support of its summary judgment brief by January 27, 2025.

DATED this ___ day of April, 2024, at Anchorage, Alaska.

_____
UNITED STATES DISTRICT JUDGE