IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA,<br><br>                Plaintiff,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>                Defendants. | Case No. 3:22-cv-00078-SLG |

## **SCHEDULING ORDER**

The Parties having advised the Court that they have agreed to deadlines for merits briefing and other pleadings in this litigation at Docket 31;

IT IS HEREBY ORDERED that:

1. Plaintiff shall file an amended complaint by **June 3, 2024**;

2. Defendants shall file an answer or other responsive pleading to the amended complaint and supplement to the administrative record by **August 1, 2024**;

3. Plaintiff shall file its opening summary judgment brief by **September 30, 2024**;

4. Defendants shall file their brief in response to Plaintiff's summary judgment brief by **December 13, 2024**; and

5. Plaintiff shall file its reply in support of its summary judgment brief by **January 27, 2025**.

DATED this 11th day of April 2024, at Anchorage, Alaska.

                                                                               */s/ Sharon L. Gleason*
                                                                               UNITED STATES DISTRICT JUDGE