TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

MICHAEL K. ROBERTSON (DC Bar 1017183)
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Phone (202) 305-9609
Fax: (202) 305-0506
michael.robertson@usdoj.gov

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>Defendants. | Case No. 3:22-cv-00078-SLG |

## DEFENDANTS' NOTICE OF CONVENTIONAL FILING OF ADMINISTRATIVE RECORD ON ELECTRONIC MEDIA

Pursuant to the Court's Scheduling Order (ECF No. 32), and Local Civil Rule

16.3(b)(1)(B)(i), Defendants United States Department of the Interior, et al., through

undersigned counsel, hereby provide notice of conventionally filing the Administrative

Record on electronic media.

In accordance with Local Civil Rule 16.3(b)(1)(B)(i), a declaration and accompanying certified list of the contents of the Administrative Record are attached as Exhibits 1 and 2, respectively.

Defendants are conventionally filing the Administrative Record on electronic media by hand delivery to the Clerk's Office. Copies of the Administrative Record are being served on Plaintiff's counsel by express delivery.

Respectfully submitted this 1st day of August, 2024,

        TODD KIM
        Assistant Attorney General
        Environment and Natural Resources Division
        United States Department of Justice

        */s/ Michael K. Robertson*
        Michael K. Robertson (DC Bar 1017183)
        Trial Attorney
        Natural Resources Section
        Environment and Natural Resources Division
        United States Department of Justice

        *Counsel for Defendants*

Of Counsel:

MIKE GIERYIC
Office of the Regional Solicitor
U.S. Department of the Interior
4230 University Drive, Suite 300
Anchorage, AK 99508
907-271-1420
mike.gieryic@sol.doi.gov

# CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2024, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

                         */s/ Michael Robertson*
                         Michael K. Robertson (DC Bar 1017183)
                         Trial Attorney
                         Natural Resources Section
                         Environment and Natural Resources Division
                         United States Department of Justice