# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>  Defendants. | Case No. 3:22-cv-00078-SLG |

## CERTIFICATION OF THE ADMINISTRATIVE RECORD

1. I, David Mushovic, am employed by the Bureau of Land Management ("BLM"), in the United States Department of the Interior, as the Deputy State Director of Lands, Cadastral and Pipeline Monitoring, for the Alaska State Office. I have been in that position for approximately 1 year. Immediately prior thereto, I was the Branch Chief for Lands and Realty, for the Alaska State Office for approximately 8 years, and have been employed by the BLM since approximately 1982.

2. As Deputy State Director of Lands, Cadastral and Pipeline Monitoring and previously Branch Chief for Lands and Realty, my responsibilities include(d) supervising the management of BLM realty casefiles.

3. On August 4, 2022, I executed a Declaration certifying the BLM Administrative Record. Since that time the District Court remanded the matters docketed as IBLA 2016-109 and IBLA 2017-55 to the Interior Board of Land Appeals ("IBLA") for further review, resulting in the production of a number of additional documents, which are being added via a Supplement to the Administrative Record.

4. After the IBLA issued its Remand Order in consolidated appeals IBLA 2016-109 and IBLA 2017-55 on April 2, 2024 (198 IBLA 218), the IBLA transmitted to the BLM Alaska State Office a digital folder containing the full set of docket entries generated at the IBLA during its consideration of the appeals on remand, which are being added to the administrative record.

5. Also added to the administrative record are the 20 historic maps submitted by the State of Alaska and admitted by the District Court per the Order Re Motion to Supplement Administrative Record issued on March 9, 2023.

6. I certify that the documents listed in the attached index and included in the digitized version of the administrative record constitute a full and complete copy of the entire administrative record in the above-captioned lawsuit.

7. The administrative record consists of all the relevant records directly or indirectly considered by the IBLA as it adjudicated, including on remand, consolidated appeals IBLA 2016-109 and IBLA 2017-55.

8. Pursuant to the provisions of 28 U.S.C. § 1746, I declare under penalty of

perjury that the foregoing is true and correct.

Signed this 23rd day of July, 2024.

DAVID MUSHOVIC
Digitally signed by DAVID MUSHOVIC
Date: 2024.07.23 11:30:35 -08'00'

_____
David Mushovic