| FILE NAME | PAGES | BATES # | DOCUMENT FILE |
|---|---|---|---|
| | | | **ADMINISTRATIVE RECORD: ALASKA V. DOI, ET AL. (3:22-cv-00078-SLG)** |
| | | | ***ORIGINAL AR (Filed 8/9/2022)*** |
| | | | **Docket Entries in IBLA Appeals 2016-109 & 2017-55** |
| 1 | 92 | 000001 | IBLA Docket - Folder 1 (Consolidated Appeals 2016-109 & 2017-55, Part 1 of 2) |
| 2 | 783 | 000093 | IBLA Docket - Folder 2 (Consolidated Appeals 2016-109 & 2017-55, Part 2 of 2) |
| 3 | 31 | 000876 | IBLA Docket - Folder 3 (Pre-Consolidation Appeal 2017-55) |
| | | | **BLM Casefiles Transmitted to the IBLA** |
| 4 | 372 | 000907 | Withdrawal File F017050 - Folder 1 |
| 5 | 306 | 001279 | Withdrawal File F017050 - Folder 2 |
| 6 | 211 | 001585 | Withdrawal File F017050 - Folder 3 (Part 1 of 3) |
| 7 | 97 | 001796 | Withdrawal File F017050 - Folder 3 (Part 2 of 3) |
| 8 | 233 | 001893 | Withdrawal File F017050 - Folder 3 (Part 3 of 3) |
| 9 | 148 | 002126 | State Selection File F031832 |
| 10 | 130 | 002274 | State Selection File F031833 |
| 11 | 123 | 002404 | State Selection File F031845 |
| 12 | 143 | 002527 | State Selection File F031847 |
| 13 | 123 | 002670 | State Selection File F031848 |
| 14 | 117 | 002793 | State Selection File F031849 |
| 15 | 76 | 002910 | Survey File Group 211 |
| 16 | 47 | 002986 | Survey File Group 212 |
| 17 | 190 | 003033 | Survey File Group 882 - Folder 1 |
| 18 | 550 | 003223 | Survey File Group 882 - Folder 2 |
| | | | **Reference Documents Available to the IBLA** |
| 19 | 618 | 003773 | BLM Survey Manual (1947) |
| 20 | 332 | 004391 | BLM Survey Manual (1973) |
| 21 | 503 | 004723 | BLM Survey Manual (2009) |
| | | | |
| | | | ***SUPPLEMENT TO AR (Filed 8/1/2024)*** |
| | | | **Plaintiff's Quadrangle Maps (Admitted Per Order 3/9/2023)** |
| 22 | 20 | 005226 | Plaintiff's Quadrangle Maps |
| | | | **Remand Docket Entries in IBLA Appeals 2016-109 & 2017-55** |
| 23 | 3 | 005246 | Administrative Record Received |
| 24 | 2 | 005249 | Transmittal Email Confirming Administrative Record Submissions |
| 25 | 3 | 005251 | Entry of Appearance (State of Alaska) |
| 26 | 1 | 005254 | Order Re-opening Consolidated Appeals; Remand Report Ordered |
| 27 | 4 | 005255 | Joint Report |
| 28 | 1 | 005259 | Notice Adopting Proposed Briefing Schedule |
| 29 | 84 | 005260 | Supplemental Statement of Reasons (w/Exhibits 1-6 & additional maps) |
| 30 | 2 | 005344 | Notice of Appearance (BLM) |
| 31 | 3 | 005346 | Request to Modify Briefing Schedule |
| 32 | 1 | 005349 | Notice Granting Request to Extend Briefing Deadlines |
| 33 | 41 | 005350 | Answer to Supplemental Statement of Reasons |
| 34 | 25 | 005391 | Reply (w/Exhibits 7-8) |
| 35 | 22 | 005416 | *State of Alaska (On Judicial Remand)*, 198 IBLA 218 (2024) |
| 36 | 1 | 005438 | Additional Administrative Record Certification |