| | |
|---|---|
| TREG R. TAYLOR<br>ATTORNEY GENERAL<br><br>Ronald W. Opsahl (Bar No. 2108081)<br>Assistant Attorney General<br>Department of Law<br>1031 W. 4th Avenue, Suite 200<br>Anchorage, AK 99501<br>Telephone: (907) 269-5232<br>Fax: (907) 276-3697<br>Email: ron.opsahl@alaska.gov | Kathleen C. Schroder (*pro hac vice*)<br>Gail L. Wurtzler (*pro hac vice*)<br>Mark E. Champoux (*pro hac vice*)<br>Davis Graham & Stubbs LLP<br>1550 Seventeenth St., Suite 500<br>Denver, CO 80202<br>Telephone: (303) 892-9400<br>Fax: (303) 893-1379<br>Email: katie.schroder@davisgraham.com<br>gail.wurtzler@davisgraham.com<br>mark.champoux@davisgraham.com |

Attorneys for the State of Alaska

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, DEB HAALAND, in her official capacity as Secretary of the Department of the Interior, INTERIOR BOARD OF LAND APPEALS, STEVEN J. LECHNER, in his official capacity as Acting Chief Administrative Judge of the Interior Board of Land Appeals, BUREAU OF LAND MANAGEMENT, TRACY STONE-MANNING, in her official capacity as Director of the Bureau of Land Management, BUREAU OF LAND MANAGEMENT ALASKA STATE OFFICE, and THOMAS HEINLEIN, in his official capacity as Acting State Director of the Bureau of Land Management Alaska State Office,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 3:22-cv-00078-SLG<br>)<br>)<br>)<br>)<br>)<br>) **PLAINTIFF'S UNOPPOSED**<br>) **MOTION FOR ENLARGEMENT**<br>) **OF WORD LIMIT**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

*Alaska v. U.S. Dep't of the Interior, et al.*, Case No. 3:22-cv-00078-SLG
PLAINTIFF'S MOTION FOR ENLARGEMENT OF WORD LIMIT
Case 3:22-cv-00078-SLG   Document 37   Filed 09/12/24   Page 1 of 4
191088_0002-1562257811-405/0.8

Plaintiff State of Alaska ("State") respectfully requests that the Court enlarge the word limit for Plaintiff's Motion for Summary Judgment opening brief and Defendants' response brief from 10,000 words to 13,000 words. The State also requests that the Court enlarge the word limit for Plaintiff's reply brief from 5,700 words to 7,500 words. As grounds for this Motion, the State of Alaska states as follows:

1. Counsel for the State conferred with counsel for the U.S. Department of the Interior, Secretary of the Interior Deb Haaland, the Interior Board of Land Appeals, Acting Chief Administrative Judge of the Interior Board of Land Appeals Steven J. Lechner, the Bureau of Land Management, Director of the Bureau of Land Management Tracy Stone-Manning, the Bureau of Land Management Alaska State Office, and Acting State Director of the Bureau of Land Management Alaska State Office Thomas Heinlen ("Federal Defendants"). The Federal Defendants do not oppose the relief requested.

2. The State's summary judgment briefing challenges the Interior Board of Land Appeals ("IBLA")'s decision regarding two consolidated appeals brought by the State regarding actions by the Bureau of Land Management's Alaska State Office pertaining to the northwestern boundary of the Alaska National Wildlife Refuge, as laid out in Public Land Order 2214. *See* Order Re Motion to Supplement Administrative Record, at Dkt. 23 (remanding matter to the IBLA); *State of Alaska (On Judicial Remand)*, 198 IBLA 218 (2024).

3. The IBLA's decision is approximately 10,000 words. The Board's decision in turn relies on its previous opinion in this matter, *State of Alaska*, 196 IBLA 155 (2020), which is approximately 24,000 words. In total, the State is challenging the IBLA's two decisions, which, together, are over approximately 34,000 words.

*Alaska v. U.S. Dep't of the Interior, et al.*, Case No. 3:22-cv-00078-SLG
MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR ENLARGEMENT OF WORD LIMIT

Page 2 of 4

4. Pursuant to Local Civil Rules 7.4(a) and 16.3(c)(6), the presumptive word limit for the State's opening brief and the Federal Defendants' response brief is 10,000 words, respectively, and the State's presumptive word limit for its reply brief is 5,700 words.

5. The State is responsible for adequately and fully explaining to the Court why the IBLA's decisions in this matter are erroneous. In order to provide the Court the full context regarding the Board's errors in this matter, an enlarged word count of 13,000 words for its opening brief and 7,500 words for its reply brief is necessary. The State believes that the 13,000 and 7,500 respective word counts are no longer than necessary to provide the Court with the necessary information and supporting caselaw.

6. A proposed order is submitted herewith.

DATED: September 12, 2024.

TREG R. TAYLOR
ATTORNEY GENERAL

By: */s/Ronald W. Opsahl*
Ronald W. Opsahl (Alaska Bar No. 2108081)
Assistant Attorney General
Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Telephone: (907) 269-5232
Facsimile: (907) 279-2834
Email: ron.opsahl@alaska.gov

*Alaska v. U.S. Dep't of the Interior, et al.*, Case No. 3:22-cv-00078-SLG
MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR ENLARGEMENT OF WORD LIMIT
Page 3 of 4
Case 3:22-cv-00078-SLG   Document 37   Filed 09/12/24   Page 3 of 4

By: _/s/Gail L. Wurtzler_
Kathleen C. Schroder (*pro hac vice*)
Gail L. Wurtzler (*pro hac vice*)
Mark E. Champoux (*pro hac vice*)
Davis Graham & Stubbs LLP
1550 Seventeenth St., Suite 500
Denver, CO 80202
Telephone: (303) 892-9400
Fax: (303) 893-1379
Email: katie.schroder@davisgraham.com
       gail.wurtzler@davisgraham.com
       mark.champoux@davisgraham.com

Attorneys for the State of Alaska

*Alaska v. U.S. Dep't of the Interior, et al.*, Case No. 3:22-cv-00078-SLG
MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR ENLARGEMENT OF WORD LIMIT

Page 4 of 4

Case 3:22-cv-00078-SLG   Document 37   Filed 09/12/24   Page 4 of 4