TREG R. TAYLOR
ATTORNEY GENERAL

Zjok T. Durst (Bar No. 1311080)
Assistant Attorney General
Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Telephone: (907) 269-5232
Fax: (907) 276-3697
Email:
*zjok.durst@alaska.gov*
*ron.opsahl@alaska.gov*

Kathleen C. Schroder (pro hac vice) Gail L. Wurtzler (pro hac vice) Mark E. Champoux (pro hac vice) Nicholas R. Peppler (pro hac vice) Davis Graham & Stubbs LLP 1550 Seventeenth St., Suite 500 Denver, CO 80202
Telephone: (303) 892-9400
Fax: (303) 893-1379
Email:
*katie.schroder@dgslaw.com*
*gail.wurtzler@dgslaw.com*
*mark.champoux@dgslaw.com*
*nick.peppler@dgslaw.com*

Attorneys for the State of Alaska

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:22-cv-00078-SLG<br>)<br>)<br>)<br>) |

## ENTRY OF APPEARANCE

Please take notice that Zjok T. Durst for the State of Alaska, Department of Law, 1031 West Fourth Avenue, Ste. 200, Anchorage, AK 99501, telephone: (907) 269-5232, fax: (907) 276-3697; Email: *zjok.durst@alaska.gov* hereby enters his appearance as counsel of record in the above-captioned matter on behalf of the State of Alaska.

DATED January 23, 2025.

                TREG TAYLOR
                ATTORNEY GENERAL

By:    */s/ Zjok T. Durst*
       Zjok T. Durst
       Assistant Attorney General
       Alaska Bar No. 1311080

## CERTIFICATE OF SERVICE

I certify that on January 23, 2025, the foregoing Entry of Appearance was served electronically on all parties listed on the CM/ECF system.

                */s/ Christina M. Fisher*
                Christina M. Fisher
                Law Office Assistant II