| | |
|---|---|
| TREG TAYLOR<br>ATTORNEY GENERAL<br><br>Ronald W. Opsahl (Bar No. 2108081)<br>Zjok T. Durst (Bar No. 1311080)<br>Ryan E. Farnsworth (Bar No. 2305047)<br>Assistant Attorney General<br>Department of Law<br>1031 W. 4th Avenue, Suite 200<br>Anchorage, AK 99501<br>Telephone: (907) 269-5232<br>Fax: (907) 276-3697<br>Email: ron.opsahl@alaska.gov<br>       zjok.durst@alaska.gov<br>       ryan.farnsworth@alaska.gov | Kathleen C. Schroder (*pro hac vice*)<br>Gail L. Wurtzler (*pro hac vice*)<br>Mark E. Champoux (*pro hac vice*)<br>Nicholas R. Peppler (*pro hac vice*)<br>Davis Graham & Stubbs LLP<br>3400 Walnut Street, Suite 700<br>Denver, CO 80205<br>Telephone: (303) 892-9400<br>Fax: (303) 893-1379<br>Email: katie.schroder@davisgraham.com<br>       gail.wurtzler@davisgraham.com<br>       mark.champoux@davisgraham.com<br>       nick.peppler@davisgraham.com |

Attorneys for the State of Alaska

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF<br>THE INTERIOR, et al.,<br><br>        Defendants. | Case No. 3:22-cv-00078-SLG<br><br>**UNOPPOSED MOTION TO<br>ALLOW MEMBERS OF THE<br>PUBLIC TO OBSERVE HEARING<br>THROUGH LISTEN-ONLY<br>TELEPHONE LINE** |

Plaintiff the State of Alaska (the "State") hereby moves the Court to establish a public, listen-only telephone line for the Court's March 28, 2025 hearing regarding Plaintiff's Motion for Summary Judgment, at Dkt. 39, filed on September 30, 2024 (the "Hearing"). As grounds for this Motion, the State of Alaska states as follows:

*Alaska v. U.S. Dep't of the Interior, et al.*, Case No. 3:22-cv-00078-SLG
Unopposed Motion to Allow Members of the Public to Observe Hearing Through Listen-Only Telephone Line

Case 3:22-cv-00078-SLG   Document 49   Filed 03/18/25   Page 1 of 5

1. Not all employees and counsel working on behalf of the State are able to attend the Hearing in Anchorage, Alaska, in person.

2. Due to the potential public interest in this matter, other members of the public may wish to listen to the Hearing who are otherwise unable to attend the Hearing in Anchorage, in person.

3. Counsel for the State conferred with counsel for Defendants, who do not oppose the relief requested.

4. A proposed order is submitted herewith.

DATED: March 18, 2025.

TREG TAYLOR
ATTORNEY GENERAL

By: */s/ Ronald W. Opsahl*
Ronald W. Opsahl (Bar No. 2108081)
Zjok T. Durst (Bar No. 1311080)
Ryan E. Farnsworth (Bar No. 2305047)
Assistant Attorney General
Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Telephone: (907) 269-5232
Facsimile: (907) 279-2834
Email: ron.opsahl@alaska.gov
zjok.durst@alaska.gov
ryan.farnsworth@alaska.gov

*Alaska v. U.S. Dep't of the Interior, et al.*, Case No. 3:22-cv-00078-SLG
Unopposed Motion to Allow Members of the Public to Observe Hearing Through Listen-Only Telephone Line
Page 2 of 3

Case 3:22-cv-00078-SLG     Document 49     Filed 03/18/25     Page 2 of 5

By:     /s/ Kathleen C. Schroder
Kathleen C. Schroder (*pro hac vice*)
Gail L. Wurtzler (*pro hac vice*)
Mark E. Champoux (*pro hac vice*)
Nicholas R. Peppler (*pro hac vice*)
Davis Graham & Stubbs LLP
3400 Walnut Street, Suite 700
Denver, CO 80205
Telephone: (303) 892-9400
Fax: (303) 893-1379
Email: katie.schroder@davisgraham.com
       gail.wurtzler@davisgraham.com
       mark.champoux@davisgraham.com
       nick.peppler@davisgraham.com

Attorneys for the State of Alaska

*Alaska v. U.S. Dep't of the Interior, et al.*, Case No. 3:22-cv-00078-SLG
Unopposed Motion to Allow Members of the Public to Observe Hearing Through Listen-Only Telephone Line
Page 3 of 3

Case 3:22-cv-00078-SLG     Document 49     Filed 03/18/25     Page 3 of 5

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT

This document complies with the word limit of Local Civil Rule 7.4(a)(2) because, excluding the parts of the document exempted by Local Civil Rule 7.4(a)(4), this document contains 134 words.

/s/ Kathleen C. Schroder

*Alaska v. U.S. Dep't of the Interior, et al.*, Case No. 3:22-cv-00078-SLG
Unopposed Motion to Allow Members of the Public to Observe Hearing Through Listen-Only Telephone Line

Case 3:22-cv-00078-SLG    Document 49    Filed 03/18/25    Page 4 of 5

## CERTIFICATE OF SERVICE

      I certify that on **March 18, 2025**, the foregoing document was served electronically on all parties listed on the CM/ECF system.

*/s/ Kathleen C. Schroder*

*Alaska v. U.S. Dep't of the Interior, et al.*, Case No. 3:22-cv-00078-SLG
Unopposed Motion to Allow Members of the Public to Observe Hearing Through Listen-Only Telephone Line

Case 3:22-cv-00078-SLG   Document 49   Filed 03/18/25   Page 5 of 5