# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF ) <br> THE INTERIOR, et al., ) <br> ) <br> ) <br> Defendants. ) <br> ) <br> ) <br> ) <br> ) | Case No. 3:22-cv-00078-SLG <br><br> **[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO ALLOW MEMBERS OF THE PUBLIC TO OBSERVE HEARING THROUGH LISTEN-ONLY TELEPHONE LINE (DKT. 49)** |

Upon consideration of the Unopposed Motion to Allow Members of the Public to Observe Hearing Through Listen-Only Telephone Line (Dkt. 49), the motion is hereby GRANTED.

IT IS ORDERED that the Court will establish a public, listen-only telephone line for the Court's March 28, 2025 hearing regarding Plaintiff's Motion for Summary Judgment.

SO ORDERED this ____ day of _____, 2025.

_____
HON. SHARON L. GLEASON
United States Chief District Judge