TREG TAYLOR
ATTORNEY GENERAL

Ronald W. Opsahl (Bar No. 2108081)
Zjok T. Durst (Bar No. 1311080)
Ryan E. Farnsworth (Bar No. 2305047)
Assistant Attorney General
Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Telephone: (907) 269-5232
Fax: (907) 276-3697
Email: ron.opsahl@alaska.gov
zjok.durst@alaska.gov
ryan.farnsworth@alaska.gov

Kathleen C. Schroder (*pro hac vice*)
Gail L. Wurtzler (*pro hac vice*)
Mark E. Champoux (*pro hac vice*)
Nicholas R. Peppler (*pro hac vice*)
Davis Graham & Stubbs LLP
3400 Walnut Street, Suite 700
Denver, CO 80205
Telephone: (303) 892-9400
Fax: (303) 893-1379
Email: katie.schroder@davisgraham.com
gail.wurtzler@davisgraham.com
mark.champoux@davisgraham.com
nick.peppler@davisgraham.com

Attorneys for the State of Alaska

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| STATE OF ALASKA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF ) <br> THE INTERIOR, et al., ) <br> ) <br> Defendants. ) <br> ) | Case No. 3:22-cv-00078-SLG <br><br> **STATE OF ALASKA'S NOTICE OF INTENT TO USE DIGITAL EVIDENCE PRESENTATION SYSTEM AT SUMMARY JUDGMENT HEARING** |

Plaintiff the State of Alaska (the "State") hereby gives notice of its intent to utilize the Court's Digital Evidence Presentation System during the Court's upcoming March 28, 2025 hearing regarding the State's Motion for Summary Judgment, at Dkt. 39, filed on September 30, 2024.

*Alaska v. U.S. Dep't of the Interior, et al.*, Case No. 3:22-cv-00078-SLG
Notice of Intent to Use Digital Evidence Presentation System at Summary Judgment Hearing
Case 3:22-cv-00078-SLG    Document 50    Filed 03/18/25    Page 1 of 3

DATED: March 18, 2025.

TREG TAYLOR
ATTORNEY GENERAL

By: */s/ Ronald W. Opsahl*
Ronald W. Opsahl (Bar No. 2108081)
Zjok T. Durst (Bar No. 1311080)
Ryan E. Farnsworth (Bar No. 2305047)
Assistant Attorney General
Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Telephone: (907) 269-5232
Facsimile: (907) 279-2834
Email: ron.opsahl@alaska.gov
zjok.durst@alaska.gov
ryan.farnsworth@alaska.gov

By: */s/ Kathleen C. Schroder*
Kathleen C. Schroder (*pro hac vice*)
Gail L. Wurtzler (*pro hac vice*)
Mark E. Champoux (*pro hac vice*)
Nicholas R. Peppler (*pro hac vice*)
Davis Graham & Stubbs LLP
3400 Walnut Street, Suite 700
Denver, CO 80205
Telephone: (303) 892-9400
Fax: (303) 893-1379
Email: katie.schroder@davisgraham.com
gail.wurtzler@davisgraham.com
mark.champoux@davisgraham.com
nick.peppler@davisgraham.com

Attorneys for the State of Alaska

*Alaska v. U.S. Dep't of the Interior, et al.*, Case No. 3:22-cv-00078-SLG
Notice of Intent to Use Digital Evidence Presentation System at Summary Judgment Hearing
Page 2 of 2

# CERTIFICATE OF SERVICE

I certify that on **March 18, 2025**, the foregoing document was served electronically on all parties listed on the CM/ECF system.

*/s/ Kathleen C. Schroder*

*Alaska v. U.S. Dep't of the Interior, et al.*, Case No. 3:22-cv-00078-SLG
Notice of Intent to Use Digital Evidence Presentation System at Summary Judgment Hearing

Case 3:22-cv-00078-SLG   Document 50   Filed 03/18/25   Page 3 of 3