ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice
MICHAEL K. ROBERTSON
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044
Phone 202-305-9609
Fax 202-305-0506
michael.robertson@usdoj.gov

*Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA,<br><br>Plaintiff,<br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al*.<br><br>Defendants. | Case No. 3:22-cv-00078-SLG |

**DEFENDANTS' NOTICE OF INTENT TO USE THE COURT'S DIGITAL EVIDENCE PRESENTATION SYSTEM**

Pursuant to Alaska Local Civil Rule 7.1(i)(2), counsel for Defendants the United States Department of the Interior, et al., informs the Court and the parties of counsel's intent to use the Court's Digital Evidence Presentation System during the hearing scheduled for oral argument on March 28, 2025 at 11:00 a.m. in Anchorage Courtroom 2.

Dated: March 19, 2025					Respectfully submitted,

					ADAM R.F. GUSTAFSON
					Acting Assistant Attorney General
					Environment and Natural Resources Division
					United States Department of Justice

					*/s/ Michael K. Robertson*
					MICHAEL K. ROBERTSON
					Trial Attorney
					Natural Resources Section
					P.O. Box 7611
					Washington, D.C. 20044
					Phone: 202-353-1389 || Fax 202-305-0506
					michael.robertson@usdoj.gov

					*Counsel for Defendants*

					Of Counsel:

					Nicholas Moore
					Office of the Regional Solicitor
					U.S. Department of the Interior
					4230 University Drive, Suite 300
					Anchorage, AK 99508
					Phone: 907-271-1420
					nicholas.moore@sol.doi.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2025, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

					*/s/ Michael K. Robertson*
					MICHAEL K. ROBERTSON