EXHIBIT 1



AR000135

AR000154

AR000426

AR000219

AR000620

AR000663

AR005245

*State of Alaska v. U.S. Dep't of the Interior*, 3:22-cv-00078-SLG

3