TREG TAYLOR
ATTORNEY GENERAL

Ronald W. Opsahl (Bar No. 2108081)
Zjok T. Durst (Bar No. 1311080)
Ryan E. Farnsworth (Bar No. 2305047)
Assistant Attorney General
Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Telephone: (907) 269-5232
Fax: (907) 276-3697
Email: ron.opsahl@alaska.gov
zjok.durst@alaska.gov
ryan.farnsworth@alaska.gov

Kathleen C. Schroder (*pro hac vice*)
Gail L. Wurtzler (*pro hac vice*)
Mark E. Champoux (*pro hac vice*)
Nicholas R. Peppler (*pro hac vice*)
Davis Graham & Stubbs LLP
3400 Walnut Street, Suite 700
Denver, CO 80205
Telephone: (303) 892-9400
Fax: (303) 893-1379
Email: katie.schroder@davisgraham.com
gail.wurtzler@davisgraham.com
mark.champoux@davisgraham.com
nick.peppler@davisgraham.com

Attorneys for the State of Alaska

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| STATE OF ALASKA, | ) |
| Plaintiff, | ) Case No. 3:22-cv-00078-SLG |
| v. | ) |
| UNITED STATES DEPARTMENT OF THE INTERIOR *et al.*, | ) **MOTION FOR WITHDRAWAL OF NICHOLAS R. PEPPLER AS COUNSEL OF RECORD** |
| Defendants. | ) |

Pursuant to L.Civ.R. 11.1(c), Nicholas R. Peppler respectfully moves this Court to permit his withdrawal as counsel for Plaintiff State of Alaska ("Plaintiff").

This motion is supported by good cause as follows:

1.  There are no outstanding orders of the Court with which the undersigned needs to comply.

*Alaska v. U.S. Dep't of the Interior, et al.*, Case No. 3:22-cv-00078-SLG
Motion for Withdrawal of Nicholas R. Peppler as Counsel of Record
Page 1 of 4
Case 3:22-cv-00078-SLG   Document 55   Filed 06/12/25   Page 1 of 4

2. Plaintiff will continue to be represented in this case by attorneys of the State's Office of Attorney General and by the outside counsel at Davis Graham & Stubbs LLP who have entered an appearance, currently Kathleen C. Schroder, Gail L. Wurtzler, and Mark E. Champoux.

A copy of this motion is being served on Plaintiff and all counsel of record.

WHEREFORE, the undersigned respectfully requests that the Court enter an order permitting the undersigned to withdraw as counsel of record for Plaintiff and removing his name from all service lists pertaining to this action.

DATED: June 12, 2025.

                TREG TAYLOR
                ATTORNEY GENERAL

                By: */s/ Ronald W. Opsahl*
                Ronald W. Opsahl (Bar No. 2108081)
                Zjok T. Durst (Bar No. 1311080)
                Ryan E. Farnsworth (Bar No. 2305047)
                Assistant Attorney General
                Department of Law
                1031 W. 4th Avenue, Suite 200
                Anchorage, AK 99501
                Telephone: (907) 269-5232
                Facsimile: (907) 279-2834
                Email: ron.opsahl@alaska.gov
                          zjok.durst@alsaska.gov
                          ryan.farnsworth@alaska.gov

*Alaska v. U.S. Dep't of the Interior, et al.*, Case No. 3:22-cv-00078-SLG
Motion for Withdrawal of Nicholas R. Peppler as Counsel of Record
Page 2 of 4

Case 3:22-cv-00078-SLG   Document 55   Filed 06/12/25   Page 2 of 4

By: <u>*/s/ Nicholas R. Peppler*</u>
Kathleen C. Schroder (*pro hac vice*)
Gail L. Wurtzler (*pro hac vice*)
Mark E. Champoux (*pro hac vice*)
Nicholas R. Peppler (*pro hac vice*)
Davis Graham & Stubbs LLP
3400 Walnut Street, Suite 700
Denver, CO 80205
Telephone: (303) 892-9400
Fax: (303) 893-1379
Email: katie.schroder@davisgraham.com
gail.wurtzler@davisgraham.com
mark.champoux@davisgraham.com
nick.peppler@davisgraham.com

Attorneys for the State of Alaska

*Alaska v. U.S. Dep't of the Interior, et al.*, Case No. 3:22-cv-00078-SLG
Motion for Withdrawal of Nicholas R. Peppler as Counsel of Record

Page 3 of 4

Case 3:22-cv-00078-SLG     Document 55     Filed 06/12/25     Page 3 of 4

## CERTIFICATE OF SERVICE

I certify that on **June 12, 2025**, the foregoing document was served electronically on all parties listed on the CM/ECF system.

/s/ Nicholas R. Peppler

*Alaska v. U.S. Dep't of the Interior, et al.*, Case No. 3:22-cv-00078-SLG
Motion for Withdrawal of Nicholas R. Peppler as Counsel of Record

Page 4 of 4

Case 3:22-cv-00078-SLG   Document 55   Filed 06/12/25   Page 4 of 4