STEPHEN J. COX
ATTORNEY GENERAL

Ronald W. Opsahl
Assistant Attorneys General
Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Telephone: (907) 269-6612
Email: ron.opsahl@alaska.gov

Attorney for the State of Alaska

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| STATE OF ALASKA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 3:22-cv-00078-SLG |
| UNITED STATES DEPARTMENT OF THE INTERIOR, et al, | ) ) ) |
| Defendants. | ) ) |

**NOTICE OF APPEAL**

Please take notice that Plaintiff, State of Alaska, appeals to the U.S. Court of Appeals for the Ninth Circuit this Court's September 24, 2025, Order on Motion for Summary Judgment. [ECF No. 58] Final Judgment was entered on September 29, 2025. [ECF No. 59]

The Plaintiff's Representation Statement under Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rules 3-2(b) and 12-2 is attached to this notice.

DATED: November 24, 2025.

STEPHEN J. COX
ATTORNEY GENERAL

By: /s/Ronald W. Opsahl
 Ronald W. Opsahl (Bar No. 2108081)
 Assistant Attorney General
 Department of Law
 1031 W. 4th Avenue, Suite 200
 Anchorage, AK 99501
 Telephone: (907) 269-5232
 Email: ron.opsahl@alaska.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on November 24, 2025, I electronically filed the foregoing by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/ Ronald W. Opsahl
Assistant Attorney General

# REPRESENTATION STATEMENT

**Counsel for Plaintiff State of Alaska**

Kimber D. Rodgers
Ronald W. Opsahl
Assistant Attorneys General
Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Telephone: (907) 269-6612
Email: kimber.rodgers@alaska.gov
        ron.opsahl@alaska.gov

**Counsel for Defendant U.S. Department of the Interior; Doug Burgum, in his official capacity as Secretary of the Department of the Interior; Interior Board of Land Appeals; Silvia Riechel Idziorek, in her official capacity as Chief Administrative Judge of the Interior Board of Land Appeals; Bureau of Land Management; Tracy Stone-Manning, in her official capacity as Director of the Bureau of Land Management; Bureau of Land Management State Office; and Kevin Pendergast, in his official capacity as Acting State Director of the Bureau of Land Management Alaska State Office**

Michael K. Robertson
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044
Phone 202-305-9609
Fax 202-305-0506
michael.robertson@usdoj.gov